MICHELE BECKWITH
Acting United States Attorney
MICHAEL G TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br> v. <br><br> ROBERT ESQUIVEL-MORALES, <br><br> Defendant. | CASE NO. 1:25-MJ-00073-SAB <br><br> UNITED STATES' MOTION TO UNSEAL VIOLATION PETITION, WARRANT, AND OTHER COURT FILINGS |

This case is set for an initial appearance at 2:00 pm today regarding a Petition for Warrant for Person Under Supervision ("Violation Petition") and warrant associated with the defendant's supervised release imposed in case no CR-18-02258-001-TUC-RCC (BGM), United States District Court for the District of Arizona. Undersigned counsel for the United States in this district moves this Court to unseal the Violation Petition, Arrest Warrant, and other court filings in this case so that the Court may advise the defendant on the record of the charges against him.

Undersigned counsel has communicated with the supervisory Assistant United States Attorney for the District of Airzona who is responsible for this matter. That attorney advised that Courts in the District of Arizona typically unseal such matters on oral motion during an initial appearance. Accordingly, undersigned counsel believes that this Court's action in ordering unsealing is consistent with practice in the originating district.

///

///

1

DATED: June 25, 2025

          MICHELE BECKWITH
          Acting United States Attorney

          */s/ Michael G. Tierney*
          MICHAEL G. TIERNEY
          Assistant United States Attorney

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Petition for Warrant for Person Under Supervision, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated: **June 25, 2025**

          STANLEY A. BOONE
          United States Magistrate Judge